UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OLIVIA LEACH, et al., | CASE NO. C25-1776JLR |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| FRED MEYER STORES INC., et al., | |
| Defendants. | |

Before the court is Plaintiffs' motion to appoint the law firm Emery Reddy, PC, as interim lead class counsel. (Mot. (Dkt. # 19); Reply (Dkt. # 21).) Defendants did not respond to the motion. (*See generally* Dkt.) The court considers Defendants' failure to respond as an admission that Plaintiffs' motion has merit. *See* Local Rules W.D. Wash. LCR 7(b)(2).

Federal Rule of Civil Procedure 23(g) governs the appointment of class counsel. *See* Fed. R. Civ. P. 23(g). The rule allows the court to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class

ORDER - 1

action." Fed. R. Civ. P. 23(g)(3). When appointing class counsel, the court must consider: (1) "the work counsel has done in identifying or investigating potential claims in the action;" (2) "counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;" (3) "counsel's knowledge of the applicable law;" and (4) "the resources that counsel will commit to representing the class[.]" Fed. R. Civ. P 23(g)(1)(A). The court has reviewed the materials Plaintiffs submitted with their motion and concludes that Emery Reddy, PC, satisfies the requirements of Rule 23(g). (*See generally* Emery Decl. (Dkt. # 20).) Accordingly, the court GRANTS Plaintiffs' motion (Dkt. # 19) and APPOINTS Emery Reddy, PC, as interim class counsel.

Dated this 22nd day of May, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2